IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERYL HOWELL, an individual, | CASE NO. 2:24-cv-02039-APG-EJY |
| Plaintiff, | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| WILCAC LIFE INSURANCE COMPANY, a foreign corporation, et al. | |
| Defendants. | FILING FEE IS $250.00 |

Steven K. Huffer, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

<u>       S.K. H<small>UFFER</small> & A<small>SSOCIATES</small>, P.C.       </u>
(firm name)

with offices at <u>       9247 North Meridian Street, Suite 340       </u>,
(street address)

<u>       Indianapolis       </u>, <u>       Indiana       </u>, <u>       46260       </u>,
(city) (state) (zip code)

<u>       (317) 564-4808       </u>, <u>       steveh@hufferlaw.com       </u>.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Wilcac Life Insurance Company and Washington National Insurance Company to provide legal representation in connection with the above-entitled case now pending before this Court.

///

///

3. That since September 11, 1984, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Indiana, where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Ohio | November 16, 1987 | 0038914 |
| State of Illinois | November 14, 2007 | 6294178 |
| U.S. District Court, Eastern District of Arkansas | May 9, 2016 | |
| U.S. District Court, Western District of Arkansas | May 9, 2016 | |
| U.S. District Court, District of Colorado | July 6, 2009 | |
| U.S. District Court, Central District of Illinois | August 10, 2018 | |
| U.S. District Court, Northern District of Illinois | February 14, 2014 | |
| U.S. District Court, Northern District of Indiana | March 24, 1997 | |
| U.S. District Court, Southern District of Indiana | September 11, 1984 | |
| U.S. District Court, Eastern District of Michigan | May 18, 2022 | |
| U.S. District Court, Western District of Michigan | March 5, 2010 | |
| U.S. District Court, Northern District of Ohio | January 30, 2004 | |
| U.S. District Court, Southern District of Ohio | January 22, 2004 | |
| U.S. District Court, Eastern District of Wisconsin | November 26, 2010 | |
| U.S. Court of Appeals, Sixth Circuit | September 8, 2003 | |
| U.S. Court of Appeals, Seventh Circuit | July 30, 1985 | |
| U.S. Court of Appeals, Eighth Circuit | January 15, 2003 | 03-0035 |
| U.S. Court of Appeals, Ninth Circuit | May 21, 2004 | |
| U.S. Court of Appeals, Tenth Circuit | October 13, 2023 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

**None.**

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

**None.**

7. That Petitioner is a member of good standing in the following Bar Associations.

**Indiana Bar Association**

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters:

**None.**

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

///
///
///

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Steven K. Huffer

STATE OF INDIANA )
)
COUNTY OF MARION )

Steven K. Huffer, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Steven K. Huffer

Subscribed and sworn to before me this 27th day of November, 2024.

_____
Emily T. Mesecar, Notary Public

Emily T Mesecar
Notary Public, State of Indiana
Morgan County
Commission Number NP0688686
My Commission Expires
August 6, 2032

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the clients to designate William D. Schuller, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: CLARK HILL PLC, 1700 South Pavilion Center Drive, Suite 500, Las Vegas, Nevada 89135, (702) 862-8300, wschuller@clarkhill.com.

By this designation the petitioner and undersigned parties agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned parties appoint William D. Schuller as their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

VP & Deputy GC, Washington National Insurance Company
(type or print party name, title)

_____
(party's signature)

Assistant Secretary, Wilcac Life Insurance Company
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ William D. Schuller, Esq.
Designated Resident Nevada Counsel's signature

11271             wschuller@clarkhill.com
Bar number        Email address

APPROVED:

Dated: this  4th  day of  December , 2024.

_____
UNITED STATES DISTRICT JUDGE