Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Fax: (775) 322-3953
pat@levertylaw.com
bill@levertylaw.com
*Attorneys for Plaintiff Cheryl Howell*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHERYL HOWELL, an individual, | CASE NO. 2:24-cv-02039-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |
| WILCAC LIFE INSURANCE COMPANY, a foreign corporation; WASHINGTON NATIONAL INSURANCE COMPANY, a foreign corporation; and ABC CORPORATIONS A-Z, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, CHERYL HOWELL, by and through her attorneys of record, LEVERTY & ASSOCIATES LAW CHTD., and Defendants, WILCAC LIFE INSURANCE COMPANY and WASHINGTON NATIONAL INSURANCE COMPANY, by and through their attorneys of record, CLARK HILL PLC and S.K. HUFFER &ASSOCIATES, P.C.  hereby stipulate to extend the scheduled deadlines and seek this Honorable Court's order in accordance with the following terms, pursuant to LR 26-3.  This is the first stipulation to extend time to take discovery.

<u>**DISCOVERY COMPLETED**</u>

To date the parties in this action have conducted discovery as follows:

1. The parties conducted their Early Case Conference pursuant to FRCP 26(f).

2. On December 5, 2024, the parties filed their Proposed Discovery Plan and Scheduling Order (ECF No. 17).

3. On December 5, 2024, the Court issued the Discovery Plan & Scheduling Order (ECF No. 18).

4. On December 6, 2024, the Defendants served its First Set of Interrogatories to Plaintiff and First Set of Requests for Production to Plaintiff.

5. On December 18, 2024, Plaintiff served her First Set of Interrogatories to Defendant Washington National Insurance Company and her First Set of Requests for Production to Defendant Washington National Insurance Company.

6. On December 18, 2024, Plaintiff served her First Set of Interrogatories to Defendant WILCAC Life Insurance Company and her First Set of Requests for Production to Defendant WILCAC Life Insurance Company.

7. On December 19, 2024, Defendants made their Fed. R. Civ. Pro. 26(f) initial disclosures.

8. On December 19, 2024, Plaintiff made her Fed. R. Civ. Pro. 26(f) initial disclosures.

9. On January 28, 2024, Plaintiff Cheryl Howell served her responses and objections to Defendants First Set of Interrogatories and the First Set of Requests for Production.

10. Plaintiff provided signed releases to Defendants to obtain medical records.

11. On February 4, 2025, Plaintiff served her First Supplement Disclosure pursuant to Fed. R. Civ. Pro. 26(f).

12. On February 7, 2025, Defendant WILCAC Life Insurance Company served its responses and objections Plaintiff's First Set of Interrogatories and the First Set of Requests for Production.

13. On February 7, 2025, Defendant Washington National Insurance Company served its responses and objections Plaintiff's First Set of Interrogatories and the First Set of Requests for Production.

14. On March 6, 2024, Plaintiff served Fed. R. Civ. Pro. 30(b)(6) deposition notices to Defendant WILCAC Life Insurance Company and Defendant Washington National Insurance Company.

15. On March 12, 2024, Defendant provided additional documents it had obtained via the signed releases to Plaintiff.

## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Depositions of Corporate Representatives of Defendant WILCAC Life Insurance Company.

2. Depositions of Corporate Representatives of Defendant Washington National Insurance,

3. Deposition of Plaintiff.

4. Potential third party discovery.

5. Disclosure and depositions of experts.

## REASONS FOR REQUESTING AN EXTENSION OF DEADLINES

The parties have participated in extensive written discovery as detailed above. The parties have not yet commenced depositions, but Plaintiff has provided Fed. R. Civ. Pro. 30(b)(6) deposition notices to Defendant WILCAC Life Insurance Company and Defendant Washington National Insurance Company. Defendants are determining which employees to designate to testify as to the deposition topics noticed and ascertaining their availability. The parties are working diligently to set the Fed. R. Civ. Pro. 30(b)(6) depositions, but more time is needed to complete these depositions, and the completion of these depositions will not be possible before the current expert disclosure deadline. The parties believe a sixty (60) day extension of discovery deadlines is necessary to complete non-expert depositions prior to expert disclosures. Accordingly, the parties request all deadlines be extended sixty (60) days.

## CURRENT SCHEDULE TO COMPLETE REMAINING DISCOVERY

| | |
|---|---|
| Discovery Cutoff: | Tuesday, June 3, 2025 |
| Initial Expert Disclosures: | Friday, April 4, 2025 |
| Rebuttal Expert Disclosures: | Friday, May 2, 2025 |
| Dispositive Motions: | Thursday, July 3, 2025 |
| Pre-Trial Order | Friday, August 1, 2025 |
| Fed R. Civ. Pro. 26(a)(3) Disclosures | Friday, August 1, 2025 |

**~~PROPOSED~~ SCHEDULE TO COMPLETE REMAINING DISCOVERY**

| | |
|---|---|
| Discovery Cutoff: | Monday, August 4, 2025 |
| Initial Expert Disclosures: | Tuesday, June 3, 2025 |
| Rebuttal Expert Disclosures: | Tuesday, July 1, 2025 |
| Dispositive Motions: | Monday, September 1, 2025 |
| Pre-Trial Order | Tuesday, September 30, 2025 |
| Fed R. Civ. Pro. 26(a)(3) Disclosures | Tuesday, September 30, 2025 |

DATED: This 14th day of March 2025.　　　　DATED: This 14th day of March 2025.

LEVERTY & ASSOCIATES LAW CHTD.　　　　CLARK HILL PLC

 /S/ *Patrick Leverty*　　　　　　　　　　　*/s/ William D. Schuller, Esq.*
Patrick R. Leverty, Esq.　　　　　　　　　William D. Schuller, Esq.
832 Willow St.　　　　　　　　　　　　　Nevada Bar No. 11271
Reno, NV 89502　　　　　　　　　　　　1700 S. Pavilion Center Dr., #500
*Attorneys for Plaintiff Cheryl Howell*　　　Las Vegas, Nevada 89135

S.K. Huffer & Associates, P.C.
Steven K. Huffer, Esq.
Admitted Pro Hac Vice
9247 N. Meridian St., Ste. 340
Indianapolis, Indiana 46260
*Attorneys for Defendants,*
*Wilcac Life Insurance Company*
*And Washington National*
*Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 14, 2025