1  WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 11271
2  **CLARK HILL PLC**
   1700 S. Pavilion Center Dr., Ste. 500
3  Las Vegas, Nevada 89135
   Telephone:  (702) 862-8300
4  Facsimile:  (702) 778-9709
   E-mail:  wschuller@clarkhill.com
5
   Attorneys for Defendants,
6  WILCAC LIFE INSURANCE COMPANY
   and WASHINGTON NATIONAL
7  INSURANCE COMPANY

8               **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF NEVADA**

                              * * *
10 CHERYL HOWELL, an individual,          CASE NO. 2:24-cv-02039-APG-EJY

11                  Plaintiff,

12 vs.                                    **STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE**
13
   WILCAC LIFE INSURANCE COMPANY, a
14 foreign corporation; WASHINGTON
   NATIONAL INSURANCE COMPANY, a
15 foreign corporation; and ABC
   CORPORATIONS A-Z,
16
17                  Defendants.

18

19        Plaintiff CHERYL HOWELL ("Howell"), and WILCAC LIFE INSURANCE COMPANY

20 and WASHINGTON NATIONAL INSURANCE COMPANY (collectively, "Defendants" and

21 with Howell, "Parties"), by and through their respective counsel, hereby stipulate and agree,

22 pursuant to FRCP 41(a):

23 ///

24 ///

25 ///

26

27

28

1    1.    That Howell's claims against Defendants are dismissed with prejudice; and

2    2.    That the Parties are to bear their respective attorney's fees and costs.

3    **IT IS SO STIPULATED.**

4    Dated this 20th day of August 2025.          Dated this 20th day of August 2025.

5    **LEVERTY & ASSOCIATES LAW CHTD.**          **CLARK HILL PLC**

6

7    /s/ Patrick R. Leverty, Esq.                /s/ William D. Schuller, Esq.
     PATRICK R. LEVERTY, ESQ.                    WILLIAM D. SCHULLER, ESQ.
     Nevada Bar No. 8840                         Nevada Bar No. 11271

8    WILLIAM R. GINN, ESQ.                       1700 S. Pavilion Center Dr., #500
     Nevada Bar No. 6989                         Las Vegas, Nevada 89135

9    832 Willow Street
     Reno, Nevada 89502                          **S.K. HUFFER & ASSOCIATES, P.C.**

10                                               STEVEN K. HUFFER, Esq.
     Attorneys for Plaintiff,                    Admitted *Pro Hac Vice*

11   CHERYL HOWELL                               9247 N. Meridian St., Ste. 340
                                                 Indianapolis, Indiana 46260

12
                                                 Attorneys for Defendants,
13                                               WILCAC LIFE INSURANCE COMPANY
                                                 and WASHINGTON NATIONAL
14                                               INSURANCE COMPANY

15

16   IT IS SO ORDERED:

17   Dated:___August 21, 2025_____

18                                               _____

19                                               ANDREW P. GORDON
                                                 CHIEF UNITED STATES DISTRICT JUDGE

20

21

22   Submitted By:

23   **CLARK HILL PLC**

24
     /s/ William D. Schuller, Esq.
25   WILLIAM D. SCHULLER, ESQ.
     Nevada Bar No. 11271

26
     Attorneys for Defendants,
27   WILCAC LIFE INSURANCE COMPANY
     and WASHINGTON NATIONAL
28   INSURANCE COMPANY